UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Erik Vilaghy,

                Plaintiff,

vs.                                              1:04-CV-1135
                                               (DNH/DEP)

Commissioner of Social Security,

                Defendant.

## MINUTE ORDER

The Court has been advised by counsel that for now the matters raised in this action be adjourned until such time that a decision is rendered by the Appeals Council in Virginia. The plaintiff reserves the right to request additional relief in the future. Therefore, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that additional relief is needed.

The clerk of the Court is directed to serve a copy of this order on all parties to the action.

Date:   September 12, 2006
          Syracuse, New York

_____
David E. Peebles
U.S. Magistrate Judge